CAH: USAO 2025R00391
TMS 11/6/25

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * CRIMINAL NO. SAG 25-0347 |
| v. | * |
| | * (Interstate Communications of Threats |
| **ARSHAM RASHIDI DIZAJGAN,** | * to Injure, 18 U.S.C. § 875(c); Forfeiture, |
| | * 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. |
| Defendant | * § 853(p), 28 U.S.C. § 2461(c)) |
| | * |
| | * **FILED UNDER SEAL** |
| | * |

*******

### INDICTMENT

### COUNTS ONE THROUGH SIX
(Interstate Communications of Threats to Injure)

The Grand Jury for the District of Maryland charges that:

#### Background

1. At all times relevant to this Indictment, Defendant **ARSHAM RASHIDI DIZAJGAN** ("**DIZAJGAN**") was a citizen of the United States and of the Islamic Republic of Iran who resided in Arnold, Maryland.

2. At all times relevant to this Indictment, Hamas has been designated as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act. In widely disseminated propaganda videos, Hamas has used upside-down red triangles to mark targets just before they are attacked.

3. From in or about September 2024 through in or about March 2025, **DIZAJGAN** used the social media platform TikTok to post photographs and videos of Americans with upside-down red triangles superimposed over their heads, along with threatening comments.

4.     During this same time frame, **DIZAJGAN** also used his TikTok account to post photographs, videos, and comments condemning Americans and non-Muslims and celebrating violence against them. For instance:

   a. On October 3, 2024, **DIZAJGAN** commented on a live video: "200 Americans unalived" and "Allah akbar."

   b. On October 18, 2024, **DIZAJGAN** posted a video that included images of Al-Qaida 9/11 hijacker Mohamed Atta and news articles about the deaths of several American soldiers and civilians, with sounds of laughter playing in the background.

   c. On November 11, 2024, **DIZAJGAN** commented on a live video: "America = kuffar" (*i.e.*, non-believers) and "Do not take christians as allies."

   d. On November 19, 2024, **DIZAJGAN** commented on a live video: "Ill stay here and fight the Americans," and "Jihad is very important."

   e. On November 20, 2024, **DIZAJGAN** commented on a live video: "May Allah help us defeat America."

   f. On December 11, 2024, **DIZAJGAN** commented on a live video: "Jew and Christians are the enemy."

   g. On February 17, 2025, **DIZAJGAN** commented on a live video: "We will seek revenge based on what they have done to us."

   h. On February 19, 2025, **DIZAJGAN** commented on a live video, "I am soldier of Allah," "Muslims are the chosen people," and "We gonna finish what osama [*i.e.*, Osama Bin Laden] started so join us."

i. On February 23, 2025, **DIZAJGAN** commented on a live video: "Join islam so we defeat America," and "Just came back from harassing the Americans."

j. On February 24, 2025, **DIZAJGAN** commented on a live video: "Allah akbar!!!" and "Just came back from harassing the Americans."

k. On February 25, 2025, **DIZAJGAN** commented on a live video, "Harassing the Americans to death."

l. On March 10, 2025, **DIZAJGAN** posted a photo of 9/11 hijacker Mohamed Atta with the comment: "Shahid Mohamed Atta Rahim Allah," which is Arabic for "The martyr Mohamed Atta, may Allah have mercy on him."

### The Charges

On or about the dates set forth below, in the District of Maryland and elsewhere, the Defendant,

### ARSHAM RASHIDI DIZAJGAN,

did knowingly and willfully transmit and cause to be transmitted in interstate and foreign commerce communications that contained threats to injure other persons, to wit:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 1 | Nov. 17, 2024 | **DIZAJGAN** posted to TikTok a video of Victim 1 with an upside-down red triangle superimposed over Victim 1's head. He added comments including, "Shouldve [sic] put a red arrow on [Victim 1]." |
| 2 | Dec. 7, 2024 | **DIZAJGAN** posted to TikTok a photo of Victim 2 and Victim 3 with upside-down red triangles superimposed over their heads. |
| 3 | Feb. 24, 2025 | **DIZAJGAN** posted to TikTok a photo of Victim 4 with an upside-down red triangle superimposed over Victim 4's head. He added comments including, "Just harassing the Americans [laughing emojis] Allah Akbar!!!" |

3

| 4 | Feb. 25, 2025 to Feb. 27, 2025 | **DIZAJGAN** posted to TikTok a video of Victim 5 with an upside-down red triangle superimposed over Victim 5's head. He added the comment, "Abusing the Americans." |
| --- | --- | --- |
| 5 | Feb. 25, 2025 to Mar. 1, 2025 | **DIZAJGAN** posted to TikTok a video of Victim 6 and Victim 7 with upside-down red triangles superimposed over their heads. He added comments including, "Gotta teach them a lesson," and "look at these Zionists." |
| 6 | Feb. 27, 2025 | **DIZAJGAN** posted to TikTok a video of Victim 2 with an upside-down red triangle and a laughing-face emoji superimposed over Victim 2's head. |

18 U.S.C. § 875(c)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 981(a)(1)(c), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under Counts One, Two, Three, Four, Five, or Six of this Indictment.

2. Upon conviction of the offense alleged in Counts One, Two, Three, Four, Five, or Six of this Indictment, the Defendant,

**ARSHAM RASHIDI DIZAJGAN,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

### Substitute Assets

3. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or,

   e. has been commingled with other property which cannot be subdivided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above.

18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_Kelly Hayes/CAH_
Kelly O. Hayes
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

11/12/25
Date