**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. SAG-25-0347 |
| | * | |
| ARSHAM RASHIDI DIZAJGAN | * | |
| | * | |
| | * | |
| | ******* | |

## ORDER

For the reasons stated on the record at the June 2, 2026 Competency Hearing, the Court finds by the preponderance of the evidence that defendant Arsham Rashidi Dizajgan is presently suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, it is hereby ORDERED that:

1. Pursuant to 18 U.S.C. § 4241(d)(1), Mr. Dizajgan is COMMITTED to the custody of the Attorney General for hospitalization in a suitable facility for such reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability in the foreseeable future that Mr. Dizajgan will attain the capacity to permit the proceedings on his alleged violations of supervised release to go forward.

2. Forty days after Mr. Dizajgan is committed to a suitable federal medical facility, that facility shall SUBMIT a SEALED written status report on Dizajgan's condition and the progress of his treatment. The written status report should include discussion of whether Mr. Dizajgan is cooperating with treatment. This report shall be FILED with the Court, with copies PROVIDED to counsel for the Government, Christina Hoffman,

Assistant United States Attorney, and counsel for the Defendant, James Dennis Murphy, Jr., Esq.

3. Eighty days after Mr. Dizajgan has been committed to a federal medical facility, that facility shall SUBMIT a second SEALED written status report on Mr. Dizajgan's condition and the progress of his treatment.  The written status report should include discussion of whether Mr. Dizajgan is cooperating with treatment.  This report shall be FILED with the Court, with copies PROVIDED to counsel for the Government, Christina Hoffman, Assistant United States Attorney, and counsel for the Defendant, James Dennis Murphy, Jr., Esq.

4. Should the director of facility where Mr. Dizajgan is hospitalized pursuant to this order determine that Mr. Dizajgan has recovered such that he is able to understand the nature and consequences of proceedings against him and assist properly in his defense, the director shall promptly FILE a certificate to that effect with this Court.

5. At the conclusion of the period of Mr. Dizajgan's hospitalization, whether the director has certified recovery or Mr. Dizajgan has not yet recovered, the director of the facility shall SUBMIT a report on Mr. Dizajgan's condition and the progress of his treatment.

6. If, at the end of the time period specified in 18 U.S.C. § 4241(d), it is determined that Mr. Dizajgan's mental condition has not so improved as to permit the proceedings to go forward, Mr. Dizajgan will be subject to the provisions of 18 U.S.C. § 4246.  The director of the facility shall promptly notify the Court and Mr. Dizajgan shall not be transferred from the federal medical facility until the director of the facility is able to determine whether or not Mr. Dizajgan is presently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to

another person or serious damage to property of another as provided in 18 U.S.C. § 4246(a).

7. Once the Bureau of Prisons designates the facility to which Mr. Dizajgan will be committed, the United States Marshals Service SHALL TRANSPORT Mr. Dizajgan to that facility forthwith.

8. When the Mr. Dizajgan has been transported to the designated facility, the United States Marshals Service SHALL NOTIFY this Court of that fact within one week.

9. The Clerk SHALL PROVIDE a copy of this Order to the United States Marshals Service as may be necessary to implement its directives.


IT IS SO ORDERED.


June 2, 2026
_____
Date

_____/s/_____
Honorable Stephanie A. Gallagher
United States District Judge

3